UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MICHAEL LYON,

                Plaintiff,

-vs-                                       **ORDER**
                                       **APPOINTING PRO BONO COUNSEL**
                                       1:21-CV-00857-JLS-MJR

WILLIAM A. SCHROM, et al.,

                Defendants.

---

On November 12, 2025, this Court issued an order granting Plaintiff's motion to appoint counsel and directed the *Pro Bono* Program Administrator to arrange for the appointment of full scope *pro bono* counsel pursuant to Loc. R. Civ. P. 83.8. [ECF No. 74].

IT IS HEREBY ORDERED that **Gregory Silverman, Esq.** is assigned *pro bono*, to represent the *pro se* plaintiff, Michael Lyon in this case.

IT IS FURTHER ORDERED that **Gregory Silverman, Esq.**, shall provide *pro bono* representation in affiliation with JustCause. JustCause shall support the *pro bono* attorney in various ways including opening a *pro bono* case file for this matter, but will not directly serve Michael Lyon. Any information obtained by JustCause about Michael Lyon will be considered confidential per Rule 1.6 of the New York Rules of Professional Conduct.

Mr. Silverman shall receive the benefits and protections afforded to other volunteers of JustCause and shall periodically update JustCause of the procedural status of this case. Upon the conclusion of *pro bono* representation in this matter, *pro bono* counsel shall inform JustCause of the outcome and the total number of *pro bono* hours provided. Accordingly,

1

JustCause shall issue New York Continuing Legal Education credits to Mr. Silverman for his *pro bono* work performed in this matter, to the extent permitted under the accreditation rules. JustCause's responsibilities under this order shall upon the conclusion of this *pro bono* representation (whether through conclusion, withdrawal from representation with permission from the Court, or otherwise). JustCause may also apply to the Court to terminate its responsibilities under this order at any time, for good cause shown.

The *Pro Bono* Program Administrator shall send a copy of this order to Mr. Silverman along with the Court's Guidelines Governing the Reimbursement from the District Court Fund of Expenses Incurred by Court Appointed Counsel. The Chief Judge of this Court will issue an order directing PACER to waive its fees so that *pro bono* counsel can access all documents filed in this case, and the Clerk of Court shall provide a free copy of any such document to Mr. Silverman upon request.

Mr. Silverman shall contact Michael Lyon within fourteen days from the date this order is issued.

SO ORDERED.

_____
MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE

Dated:     February 10, 2026
           Buffalo, New York

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK



Robert H. Jackson
United States Courthouse
2 Niagara Square
Buffalo, New York 14202
Phone: 716-551-1700
Fax: 716-551-1705

Kenneth B. Keating
Federal Building
100 State Street, Room 2120
Rochester, New York 14614
Phone: 585-613-4000
Fax: 585-613-4035

### NOTICE OF APPOINTMENT AND ACKNOWLEDGMENT

1. **CASE NAME/NUMBER:**

   Lyon v. William A. Schrom, et al., 21-cv-857

2. *PRO SE* **LITIGANT (FULL NAME):**

   Michael Lyon

3. *PRO BONO* **ATTORNEY (FULL NAME):**

   Gregory Silverman, Esq.

4. *PRO BONO* **PROGRAM THE ATTORNEY IS AFFILIATED WITH (VLP OR JUSTCAUSE):**

   Just Cause, formerly Volunteer Legal Services Project of Monroe County, Inc.

5. **SCOPE OF** *PRO BONO* **ASSIGNMENT:**

   This is a full scope pro bono appointment, pro bono counsel shall represent Plaintiff through the conclusion of this matter in this Court (excluding any appellate practice unless otherwise agreed between Plaintiff and pro bono counsel). Dkt. 74.

I, the undersigned, understand and agree that:

1. The *pro bono* attorney assigned to represent me will provide *pro bono* representation in affiliation with Just Cause, formerly Volunteer Legal Services Project of Monroe County, Inc. (hereinafter described as the "*Pro Bono* Program").

2. The *Pro Bono* Program's role is to provide support to the attorney in various ways including, but not limited to, opening an attorney/client case file for the attorney.

3. The *Pro Bono* Program does not represent me and will not provide me with any direct services.
4. The *Pro Bono* Program will treat any information obtained about me as confidential in accordance with Rule 1.6 of the New York State Rules of Professional Conduct.

5. The representation I receive from the *pro bono* attorney requires my cooperation with the *Pro Bono* Program and with the *pro bono* attorney.

6. The *pro bono* attorney must periodically update the *Pro Bono* Program regarding the procedural status of this case, in order to receive the benefits and protections afforded to other volunteers of the *Pro Bono* Program.

7. The *Pro Bono* Program's involvement shall terminate upon conclusion of the *pro bono* attorney's assignment (whether by completing the assignment or being removed by the Court). Alternatively, the *Pro Bono* Program may also ask the Court to terminate its involvement at any time, for good cause.

8. The *pro bono* attorney and/or the *Pro Bono* Program may ask the Court to withdraw from the *pro bono* assignment, if my income or resources exceed the eligibility guidelines. Such an application will be made pursuant to the New York Rules of Professional Conduct and applicable law.

9. The *pro bono* attorney shall, in consultation with me, determine what professional steps are appropriate to represent me.

10. The *pro bono* attorney has the right to seek and retain attorney fees and statutory costs from the opposing party, providing that my legal interests are not prejudiced by the same.

11. Should I decide to file an appeal after the conclusion of the representation, neither the *pro bono* attorney nor the *Pro Bono* Program must represent me.

12. Neither the *pro bono* attorney nor the *Pro Bono* Program is obliged to represent me in any related or unrelated proceedings or matters, outside of the scope this assignment (*see* "Scope of *Pro Bono* Assignment" detailed above).

By signing below, I agree to all of the terms and conditions listed above (1-12).

X __*/s/ Michael Ryan*__    Date X 01/31/26
*Pro Se* Litigant/Client Signature





ROCHESTER NY 144
4 FEB 2026 PM 1 L

USDC - WDNY
FEB - 6 2026
BUFFALO

Clerk, U.S. District Court
2 Niagara Square
Buffalo, New York 14202

Micheal Lyon
48 Staples rd.
Erin ny. 14838

14202-335050