Roemer 21-CV-857

I have been haveing trouble with Chemung County I got out of Jail Septebes they where at my house 5 times in 1 week Harressing me Searching with out a warrant they Seid Red flag law No warrant this is from 2024 I here on The Jail has me in a cell with No water in my Sink I have to get ice in a bag for Drinking water Please help me

Michael Luye

Michael Lyon
Chemung County Jail
211 William Street
Elmira, NY 14901

RETURN SERVICE REQUESTED



US POSTAGE Pitney Bowes
ZIP 14904 $ 000.68
02 7W
0008042507 FEB 19 2026

USDC - WDNY
FEB 23 2026
BUFFALO

United States Courthouse
2 Niagara Square
Buffalo, New York 14202
21-cv-857

21cv857