# GREGORY L. SILVERMAN, ESQ., P.C.

*118 Genesee St.*
*Geneva, NY 14456*

*greg@silverman-law.com*
*Direct Dial: 585.480.6686*

May 28, 2026

**VIA CM/ECF**
Hon. Michael J. Roemer
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

> **RE:** **Michael Lyon v. William Schrom, et al.**
> **Case No.: 1:21-cv-00857-JLS-MJR**
>
> **Subject:** **Response to Defendants' May 22 correspondence**

Dear Magistrate Judge Roemer:

I represent Plaintiff Michael Lyon in this matter, and write in response to Defendants' correspondence dated May 22, 2026.

With this letter, I am filing a motion to extend the July 3, 2026 discovery deadline by six (6) months. As my Declaration notes, Plaintiff was reincarcerated in the Chemung County Jail days before the Order appointing me as Plaintiff's pro bono counsel was docketed on PACER. Plaintiff's reincarceration has made general communications with him difficult, including extended conversations about the case and his ability to obtain responsive documents.

I appreciate the Court's attention to this matter.

Sincerely,

Greg Silverman
