UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MICHAEL LYON,

      Plaintiff,

      v.

WILLIAM A. SCHROM, et al.

      Defendants.

Civil Action No. 1:21-cv-00857-JLS-MJR

**ASSENTED-TO NOTICE OF CONSENT MOTION
TO EXTEND TIME TO COMPLETE DISCOVERY**

Upon the attached Declaration of Gregory L. Silverman, Esq., dated May 28, 2026,

Plaintiff moves with the assent of Defendants, pursuant to Rule 16(b)(4) of the Federal Rules of

Civil Procedure for an enlargement of time to complete discovery and to enlarge the existing

Scheduling Order in this matter.

Dated: May 28, 2026

**GREGORY L. SILVERMAN, ESQ., PLLC**

/s/ Gregory L. Silverman
118 Genesee St.
Geneva, NY  14456
Tel: 585-648-0246
greg@silverman-law.com