UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MICHAEL LYON,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM A. SCHROM, et al.<br><br>    Defendants. | **DECLARATION OF<br>GREGORY L. SILVERMAN**<br><br>Civil Action No. 1:21-cv-00857-JLS-MJR |

I, **Gregory L. Silverman, Esq.**, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declare the following to be true and correct:

1. I represent Plaintiff Michael Lyon in this action. As such, I am fully familiar with the facts and circumstances set forth below.

2. This Declaration is submitted in support of Plaintiff's Assented-to Motion to Extend Time to Complete Discovery dated May 28, 2026, pursuant to Fed. R. Civ. P. 16(b)(4), upon a showing of good cause as set forth herein, to allow for an additional six (6) months to complete discovery in this matter.

3. This Court issued an Order appointing myself as pro bono counsel, and which was filed on PACER on February 10, 2026.

4. Since then, I have worked to become familiar with the procedural history, Plaintiff's current pending claims, and Defendants' responses.

5. Upon information and belief, on or around February 4, 2026 Plaintiff was reincarcerated in the Chemung County Jail, and currently remains there.[1]

---

[1] https://www.vinelink.com/person-detail/offender/53043503;tabIndexToSelect=0

1

6.      Given Mr. Lyon's reincarceration, I have had difficulties communicating with him about the case generally, including to understand what documents he might possess which are potentially relevant to the parties' claims or defenses, and responsive to Defendant's discovery requests.

7.      I have been in communication with Defendants' counsel, Kevin Cope, Esq., about this, and proposed a six-month extension of the discovery deadlines to allow for my continued review and communication with Plaintiff.

8.      On February 19, 2026, the Court issued an Amended Case Management Order (Doc. 76), which extended the fact discovery deadline to July 3, 2026.

9.      Due to the communication issues caused by Plaintiff's reincarceration, and with Defendants' counsel's assent, Plaintiff respectfully request an extension of the July 3, 2026 deadline to complete discovery by six (6) months, thereby to January 4, 2027.

10.      It is respectfully submitted that good cause exists to extend these deadlines for the reasons set forth herein.

11.      If granted, the parties also request that all other deadlines in the Amended Case Management Order be extended by six (6) months, to remain consistent with the deadline to complete discovery.

12.      This Declarant has conferred with Defendants' counsel, who assents to the request to extend all deadlines in the existing Amended Case Management by six (6) months.

**WHEREFORE**, Plaintiff respectfully requests, with Defendants' assent, an Order modifying the Amended Case Management dated February 19, 2026, in accordance with this Declaration, together with such other and further relief as the Court deems just and proper.

2

Dated: May 28, 2026

**GREGORY L. SILVERMAN, ESQ., PLLC**

/s/ Gregory L. Silverman
118 Genesee St.
Geneva, NY  14456
Tel: 585-648-0246
greg@silverman-law.com

3